UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MATTHEW BARTON BABIS, | |
| Plaintiff, | |
| v. | CASE NO. 1:25-CV-394-HAB-ALT |
| NEIGHBORHOOD CODE ENFORCEMENT, et al., | |
| Defendants. | |

**OPINION AND ORDER**

Plaintiff Matthew Babis, without a lawyer, has filed a nearly 130-page motion which, as best as this Court can glean, is attempting to reopen this previously concluded case. (ECF No. 9). This filing comes on the heels of a 30-page letter in which he similarly pleads for this Court to hear his case. (ECF No. 6).

The Court previously dismissed Plaintiff's sprawling complaint—in which he essentially challenges some aspect of the mortgage foreclosure proceedings on his home in an ongoing state court case—for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3). (ECF No. 4). Then and now, Plaintiff has failed to use Court-approved forms or follow proper procedure, despite numerous reminders in this case and others that failure to comply with local and federal procedural rules will result in dismissal. *See Babis v. City of Fort Wayne*, Case No. 1:25-CV-342 (N.D. Ind. Order Issued July 10, 2025); *see also* N.D. Ind. L.R. 7-6 (providing that the court can require litigants representing themselves to use clerk-supplied complaint forms); *Collins v. Illinois*, 554 F.3d 693, 697 (7th Cir. 2009) ("As we have repeatedly held, even pro se litigants must follow procedural rules[.]").

His most recent filings (ECF Nos. 6, 9) are in the same vein as his previous filings, and for the reasons indicated in this Court's Order from July 22, 2025, dismissing the case (ECF No. 4), the relief sought in Plaintiff's filings is DENIED.

SO ORDERED on September 15, 2025.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT
